**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Daniel J. Aubel                                                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-22710 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-4 and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
06 Nov 2024, 12:33:43, EST

Denise Carlon, Esq. (317226)    ☑
Brent Lemon, Esq. (86478)    ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com