IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **DANIEL J. AUBEL,** | : | Case No. **24-22710-CMB** |
| *Debtor* | : | |
| **DANIEL J. AUBEL,** | : | Doc. No._____ |
| *Movant,* | : | |
| vs | : | Filed under Section |
| **BOROUGH OF AVALON, CARRINGTON MORTGAGE SERVICES, LLC., COUNTY OF** | : | 362(c)(3) of the |
| **ALLEGHENY, DEUTSCHE BANK, NATIONAL TRUST COMPANY, DUQUESNE LIGHT** | : | Bankruptcy Code |
| **COMPANY, INTERNAL REVENUE SERVICE, NORTHGATE SD, PREMIER BANKCARD,** | : | |
| **LLC., and WEST VIEW WATER AUTHORITY,** | : | Hearing Date: 12/3/2024 at |
| *Respondents* | : | 10:00 a.m. |

## CERTIFICATE OF NO OBJECTION REGARDING
## DEBTOR'S MOTION TO EXTEND STAY

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 11/8/2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 11/25/2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 11/26/2024

/s/ Michael S. Geisler
_____
MICHAEL S. GEISLER, ESQUIRE
Attorney for Movant
Pa. I.D. No. 39414
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net