IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| | : | |
| **DANIEL J. AUBEL** | : | Case No.   **24-22710-CMB** |
| | : | |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 6/1/2024 | 7/1/2024 | 8/1/2024 | 9/1/2024 | 10/1/2024 | 11/1/2024 |
|---|---|---|---|---|---|---|
| Take Home | $3,040.00 | $3,040.00 | $3,040.00 | $3,040.00 | $3,040.00 | $3,040.00 |
| Wife Take Home | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 | $3,600.00 |
| Total | $6,640.00 | $6,640.00 | $6,640.00 | $6,640.00 | $6,640.00 | $6,640.00 |

/s/ Michael S. Geisler

DATED:   12/3/2024

_____

**MICHAEL S. GEISLER, ESQUIRE**

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net