**Form 145**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daniel J. Aubel**
   Debtor(s)

Bankruptcy Case No.: 24–22710–CMB

Chapter: 13
Docket No.: 37

## NOTICE – REMINDER

      Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above–captioned case will be closed without an *Order of Discharge* unless a ***Certificate of Completion of Instructional Course Concerning Personal Financial Management,*** *"the Certificate",* is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c)(4)(B).* The deadlines are as follows:

      ***CHAPTER 13 CASES – –*** *Fed.R.Bankr.P. 1007(c)(4)(B)* requires an individual debtor in a Chapter 13 case to file a statement regarding completion of a course in personal financial management no later than the date when the last payment was made by the Debtor as required by the *Plan* or the filing of a motion for discharge under *11 U.S.C. §1328(b).*

      ***ADDITIONAL CHAPTER 13 CASE CERTIFICATION – –*** *11 U.S.C. §1328* requires that as a condition to eligibility of the Debtor(s) to receive a discharge upon successful completion of the Plan, Counsel for the Debtor(s), or the Debtor(s) if not represented by Counsel, shall file with the Court a certification:

      (1)  that the Debtor(s) is entitled to a discharge under the terms of *11 U.S.C. §1328* of the Bankruptcy Code;

      (2)  specifically certifying that all amounts payable under a judicial or administrative order or, by statute, requiring the Debtor(s) to pay a domestic support obligation that are due on or before the date of the Certification (including amounts due before the petition was filed, but only to the extent provided for by the Plan) have been paid;

      (3)  that the Debtor(s) did not obtain a prior discharge in bankruptcy within the time frames specified in *11 U.S.C. §1328(f)(1) or (2);*

      (4)  that the Debtor(s) has completed an instructional course concerning personal financial management within the meaning of *11 U.S.C. §1328(g)(1);* and

      (5)  that *11 U.S.C. §1328(h)* does not render the Debtor(s) ineligible for a discharge.

Dated: March 27, 2025

                    Michael R. Rhodes, Clerk
                    United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 24-22710-CMB

Daniel J. Aubel                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: admin                              Page 1 of 2

Date Rcvd: Mar 27, 2025                   Form ID: 145                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

**Recip ID              Recipient Name and Address**
db              +    Daniel J. Aubel, 111 Marie Ave., Avalon, PA 15202-2345

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed
below:**

**Name                        Email Address**

Denise Carlon
                        on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS INDENTURE TRUSTEE FOR NEW
                        CENTURY HOME EQUITY LOAN TRUST 2004-4 dcarlon@kmllawgroup.com

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                        btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michael S. Geisler
                        on behalf of Debtor Daniel J. Aubel m.s.geisler@att.net
                        msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Richard Monti
                        on behalf of Creditor Borough of Avalon rmonti@grblaw.com

District/off: 0315-2                       User: admin                       Page 2 of 2

Date Rcvd: Mar 27, 2025                  Form ID: 145                     Total Noticed: 1

Richard Monti

         on behalf of Creditor Northgate School District rmonti@grblaw.com

Ronda J. Winnecour

         cmecf@chapter13trusteewdpa.com


TOTAL: 7