**PROCEEDING MEMO**

**Date:  05/21/2025 1:30 PM**
**In re:    Daniel J. Aubel**

                                                        Bankruptcy No.  24-22710-CMB
                                                        Chapter:  13
                                                        Doc. #23

**Appearances:  Michael Geisler, Esq.**
                      **Ronda Winnecour, Trustee**

**Nature of Proceeding:  #23 CONTESTED Chapter 13 Plan Hearing Re: Chapter 13 Plan Dated 12/03/2024**

    - Hearing held.

    - Debtor has not made a payment.

    - Outcome: Case is Dismissed Without Prejudice.


                                                    **Carlota Böhm**
                                                    **U.S. Bankruptcy Judge**

                                                    SIGNED
                                                    5/22/25 8:32 am
                                                    CLERK
                                                    U.S. BANKRUPTCY
                                                    COURT - WDPA